UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND         Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION          MDL No. 2570

_____

This Document Relates Only to the Following Cases:

Kelley, Wilbur – 1:17-cv-03430
Baker, Patricia – 1:23-cv-00722

_____

## DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION

The Cook Defendants hereby withdraw their January 9, 2026, Motion for Judgment on the

Pleadings in No Injury Cases. *See* Dkt. 27575. The Cook Defendants reserve the right to renew

this motion or bring a similar motion at a later point in the litigation.


                                       Respectfully submitted,

Dated:  January 9, 2026                /s/ *Jessica Benson Cox*
                                       Jessica Benson Cox
                                       Andrea Roberts Pierson
                                       FAEGRE DRINKER BIDDLE & REATH LLP
                                       300 North Meridian Street, Suite 2500
                                       Indianapolis, Indiana  46204
                                       Telephone:  (317) 237-0300
                                       Andrea.Pierson@FaegreDrinker.com
                                       Jessica.Cox@FaegreDrinker.com

                                       James Stephen Bennett
                                       FAEGRE DRINKER BIDDLE & REATH LLP
                                       110 West Berry Street, Suite 2400
                                       Fort Wayne, Indiana  46802
                                       Telephone:  (260) 424-8000
                                       Stephen.Bennett@FaegreDrinker.com

                                       *Attorneys for Defendants Cook Incorporated,*
                                       *Cook Medical LLC, and William Cook Europe*
                                       *ApS*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 9, 2026, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Jessica Benson Cox*